_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

**1:34 pm, Feb 16 2021**

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____kn_____ Deputy

RRR/EBP: 2019R00312

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** PWG 21-cr-20 |
| | * | |
| **SHEILA FAINE MILES,** | * | **(False, Fictitious, and Fraudulent** |
| | * | **Claims, 18 U.S.C. § 287)** |
| **Defendant** | * | |
| | * | |
| | ******* | |

## **INFORMATION**

### **COUNT ONE**
**(False, Fictitious, and Fraudulent Claims)**

The United States Attorney for the District of Maryland charges that:

On or about November 20, 2017, in the District of Maryland, the defendant,

**SHEILA FAINE MILES,**

did knowingly make or present a claim to the Internal Revenue Service, an agency of the United

States, and the defendant presented the claim knowing that it was false, fictitious, and fraudulent

as to a material fact.

18 U.S.C. § 287

Date: ___2/16/21_____

_Jonathan F. Lenzner/_
Jonathan F. Lenzner
Acting United States Attorney